1  (*Counsel listed on the next page*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA LOUGHRIE, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-02342 JVS (SPx)<br><br>CLASS ACTION |
| RICHARD ESPINOZA, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TARGET CORPORATION, a corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. No. 5:18-cv-00111-JVS (SPx)<br><br>CLASS ACTION |

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Judge: Hon. James V. Selna
Courtroom: 10C
State actions filed: October 13, 2017, December 15, 2017

LEGAL_US_W # 95529028.2

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
U.S.D.C., C.D. Cal., Nos. 5:17-cv-02342-JVS (SPx), 5:18-cv-00111-JVS (SPx)

| | |
|---|---|
| 1 | JOSEPH R. BECERRA (Cal. State Bar No. 210709) |
| 2 | BECERRA LAW FIRM |
| | 4014 Long Beach Boulevard, Suite 300 |
| 3 | Long Beach, California 90807 |
| | Telephone: (213) 542-8501 |
| 4 | Facsimile: (213) 542-5556 |
| 5 | E-mail: jbecerra@jrbecerralaw.com |
| 6 | TOREY JOSEPH FAVAROTE (Cal. State Bar No. 198521) |
| | GLEASON & FAVAROTE LLP |
| 7 | 4014 Long Beach Boulevard, Suite 300 |
| | Long Beach, California 90807 |
| 8 | Telephone: (562) 548-6700 |
| 9 | Facsimile: (562) 216-8495 |
| | E-mail: tfavarote@gleasonfavarote.com |
| 10 | |
| | Attorneys for Plaintiff Joshua Loughrie |
| 11 | |
| 12 | KEVIN T. BARNES (Cal. State Bar No. 138477) |
| | GREGG LANDER (Cal. State Bar No. 194018) |
| 13 | LAW OFFICES OF KEVIN T. BARNES |
| | 1635 Pontius Avenue, Second Floor |
| 14 | Los Angeles, California 90025-3361 |
| | Telephone: (323) 549-9100 |
| 15 | Facsimile: (323) 549-0101 |
| 16 | E-mail: barnes@kbarnes.com |
| |       lander@kbarnes.com |
| 17 | |
| | RAPHAEL ALBERT KATRI (Cal. State Bar No. 221941) |
| 18 | LAW OFFICES OF RAPHAEL A KATRI |
| | 8549 Wilshire Boulevard, Suite 200 |
| 19 | Beverly Hills, California 90211-3104 |
| | Telephone: (310) 940-2034 |
| 20 | Facsimile: (310) 733-5644 |
| 21 | E-mail: rkatri@socallaborlawyers.com |
| 22 | Attorneys for Plaintiff Richard Espinoza |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

LEGAL_US_W # 95529028.2

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
U.S.D.C., C.D. Cal., Nos. 5:17-cv-02342-JVS (SPx), 5:18-cv-00111-JVS (SPx)

1  JEFFREY D. WOHL (Cal. State Bar No. 096838)
2  RYAN D. DERRY (Cal. State Bar No. 244337)
   ANNA M. SKAGGS (Cal. State Bar No. 319179)
3  PAUL HASTINGS LLP
   101 California Street, 48th Floor
4  San Francisco, California  94111
   Telephone: (415) 856-7000
5  Facsimile:  (415) 856-7100
   E-mail: jeffwohl@paulhastings.com
6          ryanderry@paulhastings.com
7          annaskaggs@paulhastings.com

8  Attorneys for Defendant
   Target Corporation

LEGAL_US_W # 95529028.2

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
U.S.D.C., C.D. Cal., Nos. 5:17-cv-02342-JVS (SPx), 5:18-cv-00111-JVS (SPx)

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, plaintiffs Joshua Loughrie and Richard Espinoza and defendant Target Corporation, acting through their respective counsel of record, having so stipulated, and good cause appearing therefor,

IT IS ORDERED that these consolidated actions be and hereby are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: July 17, 2019.

_____
James V. Selna
United States District Judge

LEGAL_US_W # 95529028.2

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE
U.S.D.C., C.D. Cal., Nos. 5:17-cv-02342-JVS (SPx), 5:18-cv-00111-JVS (SPx)